**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **LUIS MARTIN ESTRADA RAMIREZ** | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | |
| | : | |
| **J. L. JAMISON, Warden of Philadelphia** | : | |
| **Federal Detention Center, JOHN E. RIFE,** | : | |
| **Acting Field Office Director, Immigration and** | : | |
| **Customs Enforcement, Enforcement and** | : | |
| **Removal Operations, Philadelphia Field Office,** | : | |
| **MARKWAYNE MULLIN, Secretary of the** | : | |
| **Department of Homeland Security, TODD** | : | |
| **BLANCHE, Acting U.S. Attorney General, U.S.** | : | |
| **DEPARTMENT OF HOMELAND SECURITY,** | : | |
| **EXECUTIVE OFFICE OF IMMIGRATION REVIEW** | : | **NO. 26-3782** |

## ORDER

**NOW**, this 12th day of June, 2026, upon consideration of petitioner Luis Martin Estrada Ramirez's Petition for Writ of Habeas Corpus (Doc. No. 1), and the government's opposition, **IT IS ORDERED** that no later than **June 15, 2026**, Petitioner shall provide the following information:

1. The circumstances surrounding the issuance of the protective order;

2. Court records regarding the protective order.

TIMOTHY J. SAVAGE, J.